The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ELIZABETH REARDON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN FISHER, an individual, SHAWNA FISHER, an individual, and BAINBRIDGE ICE CREAM COMPANY LLC, a Washington corporation,<br><br>　　　　Defendants. | Case No. 3:23-cv-05916-BHS<br><br>**ORDER ON STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

THIS MATTER came before the Court on the Parties' Stipulated Motion to Dismiss Case with Prejudice ("Stipulated Motion"). The Court has considered the Stipulated Motion and the pleadings and files of record, and being fully informed,

IT IS HEREBY ORDERED that the Parties' Stipulated Motion is GRANTED. Plaintiff Elizabeth Reardon's Complaint is dismissed with prejudice, without costs or attorneys' fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 1st day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　
BENJAMIN H. SETTLE
United States District Judge